U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 28 2010
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************
MARITZA WALKER o/b/o J.B.,

       Plaintiff,

   v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

       Defendant.
*******************************

Civil Action No. 06-1180 (NAM)

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

    This matter having been opened to the Court by EMPIRE JUSTICE CENTER and LOUISE M. TARANTINO, attorneys for plaintiff, for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that RICHARD S. HARTUNIAN, United States Attorney, and JOHN M. KELLY, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of Five Thousand Four Hundred Dollars and Zero Cents ($5,400.00), the Court having reviewed the record in this matter;

IT IS on this 28th day of July, 2010;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of Five Thousand Four Hundred

Dollars and Zero Cents ($5,400.00), and that payment of said fee award may be made directly to plaintiff's attorney, EMPIRE JUSTICE CENTER, if plaintiff has executed a valid assignment and plaintiff owes no debt to the federal government that is subject to offset.

_____
NORMAN A. MORDUE
Chief United States District Judge

　　　　The undersigned hereby consent to the form and entry of the within order.

　　　　　　　　　　　　　　RICHARD S. HARTUNIAN
　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　Attorney for Defendant


　　　　　　　　　　By:　s/ John M. Kelly_____
　　　　　　　　　　　　　　JOHN M. KELLY
　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　Bar No. 513801


　　　　　　　　　　　　　　EMPIRE JUSTICE CENTER


　　　　　　　　　　By:　s/ Louise M. Tarantino_____
　　　　　　　　　　　　　　LOUISE M. TARANTINO
　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　Bar No. 505105